BUTSCHECK v. VACUUM OIL CO. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by John Butscheck against Vacuum Oil Company. No opinion. Plaintiff's motion for a new trial denied, and judgment ordered for the defendant on the verdict, on the authority of Mahoney v. Vacuum Oil Co., 76 Hun, 579, 28 N. Y. Supp. 196.

CANADIAN AGRICULTURAL COAL & COLONIZATION CO., Limited, v. SPOFFORD. (Supreme Court, General Term, First Department. June 15, 1894.) Action by the Canadian Agricultural Coal & Colonization Company, Limited, against Joseph L. Spofford. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, and with leave to renew upon payment of those costs.

CARLSON, Respondent, v. WINTERS, Appellant. (City Court of New York, General Term. June 20, 1894.) Action by Louisa Carlson against Maria L. Winterson. For former report, see 27 N. Y. Supp. 368. E. F. Bullard, for appellant. H. M. Hitchings, for respondent.

NEWBURGER, J. This is an appeal from a judgment entered upon a verdict. This action is on a promissory note, and the defense is forgery. A careful examination of the printed case fails to disclose any errors on the part of the trial justice in the exclusion of certain questions asked by appellant's counsel, and, as these seem to be the only grounds upon which this appeal has been taken, the judgment must be affirmed, with costs.

CHAPIN v. NIAGARA RACING FAIR-GROUNDS ASS'N. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Chester W. Chapin against the Niagara Racing Fair-Grounds Association. No opinion. Order appealed from affirmed, with $10 costs and disbursements.

CHWATAL, Appellant, v. SCHREINER, Respondent. (Supreme Court, General Term, First Department. April 13, 1894.) Action by Franz Chwatal against George Schreiner. S. Lachman, for appellant. H. H. Anderson, for respondent. No opinion. Judgment affirmed, with costs. For opinion at special term, see 23 N. Y. Supp. 206.

CLARK, Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by James H. Clark against the city of Rochester. No opinion. Motion to strike case from the calendar and for affirmance granted, on default.

CLARK, Appellant, v. CLARK, Respondent. (Supreme Court, General Term, Fifth Department. January 18, 1894.) Action by M. Wallace Clark against Eliza W. Clark, individually, and as administratrix. No opinion. Judgment appealed from affirmed, with costs, on the opinion of BRADLEY, J., at special term. 29 N. Y. Supp. 338.

CLARKE, Appellant, v. SCHELL, Respondent. (Supreme Court, General Term, First Department. April 13, 1894.) Action by George B. Clarke against Alice A. Schell. W. F. Severance, for appellant. W. Mitchell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CLERIHEW, Respondent, v. SHARPLESS, Appellant. (Supreme Court, General Term, First Department. April 13, 1894.) Action by Peter I. Clerihew against Henry W. Sharpless. C. J. Hardy, for appellant. John B. Pannes, for respondent. No opinion. Judgment affirmed, with costs.

CONDIT, Appellant, v. WAHLIG et al., Respondents. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Stephen G. Condit against Charles Wahlig and others. M. S. Wise, for appellant. B. F. Einstein, for respondents. No opinion. Judgment affirmed, with costs.

CONNOLY, Respondent, v. AMERICAN CASUALTY INS. Co., Appellant. (Supreme Court, General Term, First Department. April 13, 1894.) Action by Frank A. Connoly against the American Casualty Insurance Company. J. G. Janeway, for appellant. S. L. Woodford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CRONIN v. CROOKS. (Supreme Court, General Term, Third Department. July 14, 1894.) Action by John S. Cronin against Johanna C. Crooks. No opinion. Order amended by adding at the end thereof, after the words "printing disbursements," the following: "Upon the ground that the provisions of section 631 of the Code of Civil Procedure are mandatory, and that no ground was stated in said warrant of attachment for the granting of the same, for the reason that the statement in the alternative s'ated neither one fact or the other, and, for that reason, the order should be affirmed." See 27 N. Y. Supp. 822.

CURTIS, Respondent, v. DELAWARE & H. CANAL CO., Appellant. (Supreme Court, General Term, Third Department. February, 1894.) Action by Nathan R. Curtis against the Delaware & Hudson Canal Company. No opinion. Judgment affirmed, with costs. MAYHAM, P. J., dissenting.

DAKE, Appellant, v. BUTLER, Respondent. (Supreme Court, General Term, Third Department. July 14, 1894.) Action by Warren Dake against Prescott Hall Butler. No opinion. Judgment affirmed, with costs. For decision at special term, see 28 N. Y. Supp. 134.

DANSINGER et al., Respondents, v. WHITE, Appellant. (Supreme Court, General Term, Third Department. May 26, 1894.) Action by Robert Dansinger and James H. Vandenburgh against Edward C. White. For former reports, see 19 N. Y. Supp. 897; 20 N. Y. Supp. 985. S. & L. M. Brown, for appellant. Young & Kellogg (L. H. Northup, of counsel), for respondents.

MAYHAM, P. J. The conclusions of law reached by the learned judge who tried this case seem to be the proper legal deductions, based upon the facts found by him. The facts found by the judge seem to be based upon undisputed evidence, or upon conflicting evidence, upon which a finding either way would be sustained on appeal. We have carefully examined the various objections and exceptions made by the defendant to the rulings of the trial judge, and find no error for which the judgment should be reversed. An opinion, therefore, seems unnecessary. Judgment affirmed, with costs.

DAVID, Respondent, v. ARNOLD, Appellant. (Supreme Court, General Term, Third Department. February, 1894.) Action by Orrin J. David against Marshall Arnold. No opinion. Judgment affirmed, with costs.